# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:10-CR-249 |
| vs. | ) |
| | ) |
| HAROLD FLETCHER, | ) JUDGE ALGENON L. MARBLEY |
| | ) MAGISTRATE JUDGE KEMP |
| SSN: XXX-XX-0516 | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| OppenheimerFunds Services | ) |
| | ) |
| Garnishee. | ) |

## ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED**.

DATE: August 20, 2012

/s/ Terence P. Kemp
UNITED STATES MAGISTRATE JUDGE